**HYDE & SWIGART**
San Diego, California

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL IRICK**, <br><br> PLAINTIFF, <br><br> v. <br><br> **GRAHAM NOBLE & ASSOCIATES ET AL.**, <br><br> DEFENDANTS. | Case No: 09-CV-0908 JM(AJB) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** <br><br> **HON. JEFFREY T. MILLER** |

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the entire action to be, and is, dismissed without prejudice. IT IS SO ORDERED.

Dated: April 16, 2010

_____
HON. JEFFREY T. MILLER
U.S. DISTRICT COURT JUDGE